DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK C. LEONARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1416

[January 10, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu T. Sasser, Judge; L.T. Case Nos. 50-2017-CF-010425-AXXX-MB and 50-2017-CF-010429-AXXX-MB.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***